UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREGORY W. CHAPMAN,

                 Petitioner,

    v.

JEFFREY UTTECHT,

                 Respondent.

No. C10-5418 RJB/KLS

ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

    Petitioner's application for leave to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to Petitioner.

    DATED this 29th day of July, 2010.

                                    Karen L. Strombom
                                    United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS - 1