UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY W. CHAPMAN,<br><br>　　　　　　　　　　Petitioner,<br>　　v.<br><br>JEFFREY UTTECHT,<br><br>　　　　　　　　　　Respondent. | No. C10-5418 RJB/KLS<br><br>ORDER DENYING MOTION FOR THE APPOINTMENT OF COUNSEL |

This 28 U.S.C. § 2254 petition has been assigned to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S. C. § 636(b)(1) and Local MJR 3 and 4.  Petitioner has filed a "Motion for Appointment of Counsel Under CrR3."  Dkt. 1-4.

There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an evidentiary hearing is required, because the action is civil, not criminal, in nature.  See *Terravona v. Kincheloe*, 852 F.2d 424, 429 (9th Cir. 1988); *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1992); and Rule 8(c) of the Rules Governing Section 2254 Cases in the United States District Courts.  An evidentiary hearing has not been granted in this case and the claims in the petition are adequately set forth and articulated.  Petitioner has not yet demonstrated that an evidentiary hearing is necessary or that he is entitled to one.

Accordingly, it is **ORDERED**:

ORDER DENYING MOTION FOR COUNSEL - 1

1     (1)     Petitioner's motion for counsel (Dkt. 1-4) is **DENIED**.

2     (2)     The Clerk is directed to send copies of this Order to Petitioner.

DATED this  29th  day of July, 2010.

                                        Karen L. Strombom
                                        United States Magistrate Judge

ORDER DENYING MOTION FOR COUNSEL - 2