UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY W. CHAPMAN,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>JEFFERY UTTECHT,<br><br>　　　　　　　　　Respondent. | No. C10-5418 RJB/KLS<br><br>ORDER DIRECTING RESPONSE TO PETITIONER'S MOTION TO STAY OR WITHDRAW HABEAS PETITION |

This habeas corpus petition has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Petitioner Gregory W. Chapman has filed a motion to stay or withdraw his habeas petition pending resolution of his appeal before the Washington Court of Appeals, Case No. 40708-6-11. Dkt. 12.

Petitioner did not serve the Respondent with his motion. The court directs the Respondent to file a response to the motion. Accordingly, it is **ORDERED**:

1)　Respondent shall file a response to Petitioner's motion to stay or withdraw his habeas petition **on or before September 24, 2010.**

2)　The Clerk shall send copies of this Order to Petitioner and Respondent.

Dated this 30th_ day of August, 2010.

　　　　　　　　　　　　　　　　　　　*/s/ Karen L. Strombom*
　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1