UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY W. CHAPMAN,<br><br>                Petitioner,<br><br>    v.<br><br>JEFFREY UTTECHT,<br><br>                Respondent. | NO. C10-5418 RJB/KLS<br><br>ORDER DIRECTING PETITIONER TO FILE REPORT WITH COURT |

By Order dated October 4, 2010, this habeas proceeding was stayed pending resolution of Petitioner's state court proceedings. ECF No. 17. Petitioner was directed to advise the Court within thirty (30) days of receiving a final State court ruling. *Id.*

Accordingly, it is **ORDERED:**

(1) Petitioner shall advise the Court **on or before January 13, 2012,** as to the status of his state court appeal.

(2) The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

**DATED** this  19th  day of December, 2011.

                                                        Karen L. Strombom
                                                        United States Magistrate Judge

ORDER - 1